IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BELLA DOCKS, et al.,

              Plaintiffs,

v.

BRISTOL-MYERS SQUIBB COMPANY, et al.,

              Defendants.

NO. C13-5109 TEH

ORDER GRANTING DEFENDANT'S MOTION TO STAY

      Defendant Bristol-Myers Squibb Company has moved to stay all proceedings pending potential transfer of this case to Multidistrict Litigation ("MDL") Docket No. 2418, *In re: Plavix Marketing, Sales Practices and Products Liability Litigation (No. II)*, to which this case was conditionally transferred on November 19, 2013. Upon careful consideration, the Court finds that a stay is in the interests of judicial economy, and it does not appear that a stay will cause prejudice to either party. Accordingly, IT IS HEREBY ORDERED that Defendant's motion to stay is GRANTED. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) (courts have inherent power to control their own dockets, including the power to stay proceedings in the interests of judicial economy); *In re Apple iPhone Application Litig.*, Case No. 10-CV-05878-LHK, 2011 WL 2149102, at *2 (N.D. Cal. May 31, 2011) (factors courts consider when weighing a stay include "(1) conserving judicial resources and avoiding duplicative litigation; (2) hardship and inequity to the moving party if the action is not stayed; and (3) potential prejudice to the non-moving party").

**IT IS SO ORDERED.**

Dated: 11/20/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT